## STOTLAR v. CITIZENS' INSURANCE COMPANY OF MISSOURI.

### (136 N. W. 794.)

Opinion filed May 27, 1912. Rehearing denied June 13, 1912.

Appeal from the District Court of Ramsey county; *Cowan,* **J.** Affirmed.

*E. R. Sinkler* and *J. A. Heder,* for appellant.

*P. J. McClory* and *W. M. Anderson,* for respondent.

PER CURIAM. The facts in this case are similar to those in the case of same plaintiffs against German Alliance Ins. Co. ante, 346, 136 N. W. 792, just decided by this court, and by stipulation of parties the same judgment will be entered therein. The case is therefore affirmed.